SEP 24 2026 PM1:58
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

Criminal No.

PETER WYRO

I, Peter Wyro, the above-named defendant, who is accused of Conspiracy to Commit Smuggling, in violation of 18 U.S.C. § 371, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

Peter Wyro
Defendant

Ryan Maguire, Esq.
Counsel for Defendant

Before ______________________________
Judicial Officer