UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:26-cr-314-MSS-NHA

PETER WYRO

**NOTICE OF RELATED CASE**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to Rule 1.07 of the Local Rules of the United States District Court, Middle District of Florida, of the existence of a similar case that concerns issues of law and facts related to that of the above-captioned case.

The case is *United States v. Swapnadip Roy and Vicky Ramancha*, Case No. 8:25-cr-438-KKM-SPF, which has been assigned to United States District Judge Kathryn K. Mizelle.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/Ross Roberts*
Ross Roberts
Assistant United States Attorney
Florida Bar No. 126847
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Ross.Roberts@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/Ross Roberts*
Ross Roberts
Assistant United States Attorney
Florida Bar No. 126847
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Ross.Roberts@usdoj.gov