UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

---

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Peter Wyro
8:26-cr-00314-MSS-NHA

---

| | |
|---|---|
| **Date**: October 22, 2026 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 2:27 PM–2:51 PM\| Total: 1 Hour and<br>2:59 PM- 3:49 PM 14 mins | **Deputy Clerk**: Clara Reaves |
| | |
| **Government Counsel** | **Defense Counsel** |
| Ross Roberts, AUSA<br>Peter Leininger, DOJ | Ryan Maguire, AFPD |

**Initial Appearance/ Change of Plea Hearing**

Defendant appears on notice.

Oral motion for counsel by Defendant. Court reviews financial affidavit. Court finds that Defendant qualifies for the appointment of counsel. Oral order appointing AFPD for all further proceedings.

Court conducts Bail Reform Act hearing.

Government does not seek detention.

Defendant does not object to the Government's motion for pretrial release.

Court sets conditions for release.

Plea agreement filed.

**Court discusses potential variance between Information and plea agreement as filed and allows a brief recess for the parties to determine the best course of action.**

**Parties agree to make handwritten changes to the current Information, have all parties initial and designate the Information as an "Amended Information."**

**Defendant has copy of Amended Information, agrees to waive indictment as to handwritten information and proceeds as to Amended Information.**

Court makes copies for all parties and distributes them.

Parties proceed with the "Amended Information" which the government will file after court.

Defendant sworn.

Court summarizes the charges and advises Defendant of Rule 5 rights.

Defendant consents to magistrate judge presiding over change of plea.

Court advises Defendant of charges, penalties, and rights and reviews Plea agreement with Defendant.

Waiver of Indictment accepted in open court.

Court finds Defendant competent to enter a plea of guilty.

Factual basis, as written in the plea agreement is admitted as to count one.

Plea of guilty entered by Defendant as to Count One of the Amended Information.

Court will issue a report and recommendation to the District Judge.

Adjudication of guilt deferred.

Referred to probation for presentence investigation.

Sentencing schedule to be determined.

Defendant directed to report to the USMS for processing.

Court in recess.