UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No.: 8:26-cr-00314-MSS-NHA

PETER WYRO

---

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me, pursuant to Federal Rule of Criminal Procedure 11 and Middle District of Florida Local Rule 1.02, and has entered a plea of guilty to Count One of the Amended Information.[1]

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I find that he is entering his guilty plea knowingly and voluntarily, and that the facts in the Plea Agreement—which he admitted in open court—form an independent factual basis that satisfies each of the essential elements of the offense. Therefore, I recommend that his guilty plea be accepted and that the Defendant be adjudged guilty and sentenced accordingly.

---

[1] The parties made a handwritten amendment to page 4 of the Information filed at Doc. 1, which the United States will file as an Amended Information. Copies of the Amended Information were printed, and all parties had copies of the Amended Information for the proceeding. Defendant was arraigned on the Amended Information, confirmed that he waived his right to indictment as to the Amended Information, and entered a plea of guilty to Count One of the Amended Information.

**REPORTED** in Tampa, Florida, on October 22, 2026.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.