UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No.: 8:26-cr-00314-MSS-NHA

PETER WYRO,

Defendant,
_________________________________/

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty, (Dkt. 16) filed on October 22, 2026 and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge, (Dkt. 16) is ACCEPTED, AFFIRMED AND ADOPTED.

2. Defendant, Peter Wyro has entered a plea of guilty to Count One of the Amended Information knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Amended Information.

3. That sentencing is scheduled for February 11, 2027 **at 9:30 AM**. Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

4. Sentencing memoranda **SHALL BE FILED IN EACH CASE** and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing.

**DONE and ORDERED** in Tampa, Florida, on November 16, 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service